

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00324-CV

**IN THE INTEREST OF A.A.M.** and R.M.M., Children

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00737
Honorable Richard Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's Order of Termination is AFFIRMED.

We order that no costs shall be assessed against appellant because he is indigent.

SIGNED September 9, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice